```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6
```

FILED
JUL 2 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $8,093.00 IN<br>U.S. CURRENCY,<br><br>         Defendant. | 2:07-CV-01520-LKK-KJM<br><br>ORDER REGARDING CLERK'S<br>ISSUANCE OF WARRANT FOR ARREST<br>OF ARTICLES *IN REM* |

A Verified Complaint for Forfeiture *In Rem* has been filed on July 26, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant approximately $8,093.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent David Klingman, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for

1

United States of America v. Approximately $8,093.00 in U.S. Currency    Doc. 4

1 such violation(s), and that grounds for issuance of a Warrant for
2 Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
3 the Supplemental Rules for Admiralty or Maritime Claims and Asset
4 Forfeiture Actions;
5   IT IS HEREBY ORDERED that the Clerk for the United States
6 District Court, Eastern District of California, shall issue a
7 Warrant for Arrest of Articles *In Rem* for the defendant currency.
8 Dated: 7/26/07

EDMUND F. BRENNAN
United States Magistrate Judge