1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2723

5 | Attorneys for Plaintiff
United States of America

6



**FILED**

JUL 2 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8 |          IN THE UNITED STATES DISTRICT COURT

9 |        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   2:07-CV-01520-LKK-KJM
                                  )
12 |          Plaintiff,           )   ORDER REGARDING CLERK'S
                                  )   ISSUANCE OF WARRANT FOR ARREST
13 |     v.                        )   OF ARTICLES *IN REM*
                                  )
14 | APPROXIMATELY $8,093.00 IN    )
   U.S. CURRENCY,                 )
15 |                               )
            Defendant.            )
16 | _____)

17 |     WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

18 | filed on July 26, 2007, in the United States District Court for

19 | the Eastern District of California, alleging that the defendant

20 | approximately $8,093.00 in U.S. Currency (hereafter "defendant

21 | currency") is subject to forfeiture to the United States pursuant

22 | to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C.

23 | § 841 *et seq.*;

24 |     And, the Court being satisfied that, based on the Verified

25 | Complaint for Forfeiture *In Rem* and the affidavit of Drug

26 | Enforcement Administration Special Agent David Klingman, there is

27 | probable cause to believe that the defendant currency so

28 | described constitutes property that is subject to forfeiture for

1

1 such violation(s), and that grounds for issuance of a Warrant for

2 Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of

3 the Supplemental Rules for Admiralty or Maritime Claims and Asset

4 Forfeiture Actions;

5     IT IS HEREBY ORDERED that the Clerk for the United States

6 District Court, Eastern District of California, shall issue a

7 Warrant for Arrest of Articles *In Rem* for the defendant currency.

8 Dated: 7/26/07

9

10 EDMUND F. BRENNAN
   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28