UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

       Plaintiff,

   v.                                    Civ. S-07-1520 LKK/KJM

APPROXIMATELY $8,093.00 in
U.S. CURRENCY,

       Defendant.
_____/

UNITED STATES OF AMERICA,

       Plaintiff,

   v.                                    CR. S-07-0099 LKK

ALBERTO ARELLANES FELIX,       <u>RELATED CASE ORDER</u>

       Defendant.
_____/

    The court has received the Notice of Related Cases filed July 27, 2007. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997). The civil forfeiture action arises from

1 | the same law enforcement investigation and thus involves
2 | substantially the same events, transactions, and owner.
3 |     Because the cases are already assigned to the same district
4 | judge, this order is issued for informational purposes only and
5 | shall have no effect on the status of the cases.
6 |     IT IS SO ORDERED.
7 |     DATED:  August 3, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT