1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA
12           Plaintiff,
13      v.                              Civ. S-07-1520 LKK/KJM
14  APPROXIMATELY $8,093.00 in
    U.S. CURRENCY,
15
             Defendant.
16  _____/
17  UNITED STATES OF AMERICA,
18           Plaintiff,
19      v.                              CR. S-07-0099 LKK
20  ALBERTO ARELLANES FELIX,            <u>RELATED CASE ORDER</u>
21           Defendant.
22  _____/
23      The court has received the Notice of Related Cases filed July
24  27, 2007.  Examination of the above-entitled actions reveals that
25  both actions are related within the meaning of Local Rule 83-
26  123(a), E.D. Cal. (1997).  The civil forfeiture action arises from

1 the same law enforcement investigation and thus involves
2 substantially the same events, transactions, and owner.
3     Because the cases are already assigned to the same district
4 judge, this order is issued for informational purposes only and
5 shall have no effect on the status of the cases.
6     IT IS SO ORDERED.
7     DATED: August 3, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT