McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-1520 LKK/KJM |
| ) | |
| Plaintiff, ) | PLAINTIFF'S REQUEST FOR |
| ) | CONTINUANCE OF STATUS |
| v. ) | CONFERENCE AND ORDER |
| ) | THEREON (**AMENDED**) |
| APPROXIMATELY $8,093.00 IN ) | |
| U.S. CURRENCY, ) | DATE:     October 1, 2007 |
| ) | TIME:     10:00 a.m. |
| Defendant. ) | COURTROOM:# 4/Chambers |
| _____) | |

Plaintiff United States of America requests that the status conference now scheduled for October 1, 2007, be continued approximately 90 days. To date no one has filed a claim to the defendant currency, and as explained in more detail below, scheduling this case at this time is premature.

Plaintiff has made diligent efforts to serve all known potential claimants. One claimant, Alberto Felix, was served on September 6, 2007. In accordance with Rule G(4)(b)(ii)(B) and G(5)(a)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), Felix has at least 35 days from September 6 to file a

1

claim (October 11), and another 20 days after that to file his Answer to the Complaint (October 31).

Plaintiff is also attempting to serve other known potential claimant via personal service by the U.S. Marshal, certified mail, and regular mail. Attempts to personally serve other known potential claimants was unsuccessful, so on August 24, 2007, the Complaint for Forfeiture <u>In Rem</u> was mailed to those potential claimants via certified and regular mail. Based on this mailing, the earliest that claims from these individuals must be filed is September 28, and their answers would be filed 20 days later.

Finally, a Notice of Arrest and Seizure was published in <u>The Record</u>, a newspaper of general circulation in San Joaquin County, on August 13, 2007. Rule G 5(a)(ii)(B) of the Supplemental Rules allows for the filing of claims not later than 30 days after final publication. Therefore, it is possible that other potential claimants may still file a claim.

For all these reasons, undersigned counsel requests that the status conference now scheduled for October 1, 2007, be continued approximately 90 days.

Dated: Sept. 13, 2007          McGREGOR W. SCOTT
                               United States Attorney

                               <u>/s/ Kristin S. Door</u>
                               KRISTIN S. DOOR
                               Assistant U.S. Attorney

2

**ORDER**

Good cause having been shown, the Status (Pretrial Scheduling) Conference now scheduled for October 1, 2007, is continued to January 14, 2008 at 1:30 p.m.

IT IS SO ORDERED.

DATED: September 14, 2007.

  /s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT