McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | 2:07-CV-1520 LKK/KJM |
| Plaintiff,           ) | PLAINTIFF'S STATUS CONFERENCE REPORT |
| v.           ) | |
| APPROXIMATELY $8,093.00 IN U.S. CURRENCY,           ) | DATE:    January 14, 2008 |
|           ) | TIME:    1:30 p.m. |
| Defendant.           ) | COURTROOM:# 4/Chambers |

Plaintiff United States of America requests that the status conference now scheduled for January 14, 2008, be cancelled. No one has appeared to claim the defendant currency, and on December 20, 2007, plaintiff filed an <u>ex parte</u> motion for default judgment and final judgment of forfeiture. Accordingly, there is no need to further schedule this case.

Dated: January 2, 2008          McGREGOR W. SCOTT
                                United States Attorney


                                <u>/s/ Kristin S. Door</u>
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney

1

**ORDER**

Good cause having been shown, the Status (Pretrial Scheduling) Conference now scheduled for January 14, 2008, is cancelled.

IT IS SO ORDERED.

DATED: January 8, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT