IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

No. CIV S-07-1520 LKK KJM

vs.

APPROXIMATELY $8,093.00 IN
U.S. CURRENCY,

    Defendant.

ORDER

/

    Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On January 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties. No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 7, 2008, are adopted in full;

    2. Alberto Arellanes Felix, Claudia Castillo Felix, Francisco Castillo and Sergio Martinez Sanchez are held in default;

3. Plaintiff's motion for default judgment and final judgment of forfeiture are granted;

4. Judgment by default is entered against any right, title or interest of potential claimants Alberto Arellanes Felix, Claudia Castillo Felix, Francisco Castillo and Sergio Martinez Sanchez in the defendant currency;

5. Final judgment is entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law; and

6. The proposed judgment filed December 20, 2007 (docket no. 16, attachment 4) is hereby adopted.

DATED:   April 7, 2008.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT