McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cv-01520-LKK-KJM |
| | ) | |
| Plaintiff, | ) | DEFAULT JUDGMENT AND FINAL |
| | ) | JUDGMENT OF FORFEITURE |
| v. | ) | |
| | ) | |
| APPROXIMATELY $8,093.00 IN | ) | |
| U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came on before the Honorable Magistrate Judge Kimberly J. Mueller on plaintiff United States' *ex parte* motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion.  The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted.  Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

   ORDERED, ADJUDGED AND DECREED:

   1.  The Magistrate Judge's Findings and Recommendations are adopted herein.

1        2.   Alberto Arellanes Felix, Claudia Castillo Felix,
2   Francisco Castillo and Sergio Martinez Sanchez are held in
3   default;
4        3.   A judgment by default is hereby entered against any
5   right, title or interest of Alberto Arellanes Felix, Claudia
6   Castillo Felix, Francisco Felix and Sergio Martinez Sanchez in
7   the defendant currency referenced in the above-caption;
8        4.   A final judgment is hereby entered, forfeiting all
9   right, title and interest in the defendant currency to the United
10  States of America, to be disposed of according to law.
11       5.   All parties shall bear their own costs and attorneys'
12  fees.
13       SO ORDERED, this <u>7th</u> day of April 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2